**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANNE MCLAIN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH COAST BEHAVIORAL HEALTHCARE, *et al.*,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-CV-000623<br><br>MAGISTRATE JUDGE CARMEN E. HENDERSON<br><br>**MEMORANDUM OPINION AND ORDER** |

This is before the Court on Plaintiff Anne McLain's Motion to Voluntarily Dismiss All Claims, With Prejudice, Pursuant to Fed. Civ. R. 41(a)(2). (ECF No. 36). The Court hereby grants Plaintiff Anne McLain's Motion to Voluntarily Dismiss her Complaint with prejudice.

I. Discussion

According to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Unless the [court's] order states otherwise, a dismissal under [Rule 41(a)(2)] is without prejudice." *Id.* The requirement of court approval exists primarily to protect the non-movant "from unfair treatment." *Bridgeport Music, Inc. v. Universal-MCA Music Publ'g, Inc.*, 583 F.3d 948, 953 (6th Cir. 2009) (citing *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994) (further citation omitted)). The decision to grant dismissal of a case pursuant to Rule 41(a)(2) is "within the sound discretion of the district court," and the district court may dismiss with or without prejudice so long as an appropriate explanation is provided. *Grover by Grover*, 33 F.3d at 718.

In the instant matter, Plaintiff filed this Motion seeking dismissal with prejudice, and the Defendants subsequently informed the Court that the Defendants consent to the dismissal. Given that the Defendants do not oppose dismissal with prejudice, the Court finds that granting Plaintiff's request would not cause unfair treatment to the Defendants. Therefore, pursuant to Fed. Civ. R. 41(a)(2), Plaintiff's Motion to Voluntarily Dismiss her Complaint is granted, and this case is dismissed with prejudice.

## II. Conclusion

The Court hereby dismisses Plaintiff Anne McLain's cause of action in its entirety pursuant to Fed. Civ. R. 41(a)(2) with prejudice. The pending Motion for Summary Judgment (ECF No. 35) is denied as moot.

**IT IS SO ORDERED.**

Dated: September 21, 2026

*s/Carmen E. Henderson*
Carmen E. Henderson
United States Magistrate Judge